

**American Friends Service Committee**

**Quaker action for a just world**
1501 Cherry Street, Philadelphia, PA 19102
afsc.org

# ORDER

July 8, 2026

<u>BY ECF</u>

U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

     **Re:**    *Woodley Geincharles v. Benzel et al, No. 26-cv-06376-ESK*

Dear Judge Kiel:

On July 6, 2026, this Court entered a letter into the record, ECF No. 13, mailed by Petitioner, Woodley Geincharles.

This letter was sent pro se, without the involvement of Mr. Geincharles's counsel, and counsel first became aware of this letter on July 6, 2026, when it was entered into the record. Undersigned counsel scheduled a call to speak with Mr. Geincharles regarding the letter at the earliest opportunity to do so, on July 7, 2026.

Mr. Geincharles confirmed that he had not drafted this letter, nor had he fully reviewed or confirmed the accuracy of its contents. He stated that he was informed by another detained individual that the letter could assist him in advocating for his release from custody and that this individual prepared the letter. After consultation with his counsel, he now requests to withdraw that letter.

Accordingly, because this letter was submitted without the involvement of Mr. Geincharles's counsel and contains incorrect information that appears to pertain to a different individual, Petitioner respectfully requests that the letter at ECF No. 13 be withdrawn from the record.

Sincerely,

**So Ordered.**

*/s/ Lauren Major*
Lauren Major
Managing  Attorney
Immigrant Rights Program
American Friends Service Committee
570 Broad Street, Suite 1001 Newark, NJ 07102
LMajor@.afsc.org
973-854-0267

     ***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: July 9, 2026**